# Exhibit 3

1

Defendants' videos with Plaintiff's likeness, image and   celebrity Personality airing on defendants' various media platform



← doc nuzum    

648 views · 2 weeks ago   215 views · 1 month ago   187 views



**The Liver and Hypothalamus**
Dr. Nuzum
6.1K views · 3 years ago



**Super Earth Energy Part 1**
Dr. Nuzum
1.5K views · 3 years ago



**The Proper Detox Sequence | Complete Body Cleanse | "Doc Talks" with…**
Organixx
5.3K views · 6 months ago



**Holistic Doctor Wrongly Accused - Doc Nuzum**
Organixx
69K views · 1 year ago



**Is Rebounding Safe For Everyone? | "Ask the Doc" with Dr. Nuzum**
Organixx
1.3K views · 6 months ago



**How Much Exercise Do You Really Need? - "Doc Talks" with Dr. Daniel Nuz…**


Dr.Nuzum, Sean, & Ty talk fulvic acid
onebode48
2.4K views · 2 years ago


Can I Open A Vitamin Capsule and Mix It With Water? | "Ask the Doc" wit...
Organixx
3.3K views · 9 months ago


Nutraceutical vs. Pharmaceutical & Why Organic Matters | Empo...
Organixx
666 views · 7 months ago


How This Detox System Can Change Your Life - What Dr. Nuzum's patient...
Organixx
18K views · 2 years ago


How to Get Rid of Estrogen Dominance & Support Healthy Hormonal Balanc...









Case 2:19-cv-01509-RFB-VCF   Document 1-3   Filed 08/29/19   Page 6 of 8

← doc nuzum    


Organixx
730 views · 8 months ago


Are Bioidentical Hormones Safe to Take with E-Plexx? | "Ask the Doc" with Dr. Da...
Organixx
2.9K views · 11 months ago


Principle #4 - Healing is a Process - Dr. Dan Nuzum's Philosophy of Healing
Dr. Nuzum
679 views · 5 months ago


Protecting Your Iodine Receptor Sites From Toxins | Halogens Explain...
Organixx
493 views · 7 months ago


The Basics of Detoxification
Dr. Nuzum
7.1K views · 4 years ago


Is Collagen Good for Someone on a Keto Diet? | "Ask the Doc" with Dr. Da...
Organixx
1.4K views · 8 months ago


Will Sitting in a Detox Bath too Long Allow Toxins to Re-Absorb? | "Ask the Do...

Page 5



