# Exhibit 3

← doc nuzum   ✕    


**Are Fermented Foods Helpful for People with Candida Issues? Ask the...**
Organixx
1.3K views · 1 year ago


**Doc Nuzum interview**
mycustomerhelpdesk
1.5K views · 3 years ago


**Is it Safe to Detox While Pregnant and/or Breastfeeding? | "Ask the...**
Organixx
714 views · 6 months ago


**Dr Nuzum.**
slem687
62 videos


**Top Hacks to Balance Your Stomach Acid | How to Treat Low Stomach Acid |...**
Organixx
11K views · 11 months ago


**"The Three I's" (Interview by Doc Nuzum)**
Dan Nuzum
804 views · 3 years ago

← doc nuzum

**Dr Nuzum**
Zoran Peric
15 videos

**Dr. Daniel Nuzum**
Helen Miguel
6 videos

**John Malanca Interviews Functional Foods Expert Dr. Daniel Nuzum**
The Sacred Plant
10K views · 5 months ago

**Dr Nuzum**
Kelly Dawn Anderson
Updated today

**Dr Nuzum**
jimmy knapek
15 videos

**The Funnel - What's Missing in Modern Medicine - Dr. Nuzum**
Dr. Nuzum

← doc nuzum


MTHFR Gene Mutation: Best Supplementing for MTHFR | "Ask the Doc" wi...
Organixx
4.1K views · 1 year ago


Fermented Foods & Candida | Do Probiotic Foods Prevent Yeast Infe...
Organixx
3.1K views · 10 months ago


Dr Nuzum's 3 favorite Organixx supplements!
Organixx
7.1K views · 2 years ago


Is it Safe to Workout While Detoxing? Should you Exercise while Detoxing?...
Organixx
2.6K views · 12 months ago


Is it Possible to Overdose on Supplements? | "Doc Talks" with Dr. Daniel Nuz...
Organixx
6K views · 9 months ago


Can I Take Probiotics & Enzymes Together? | "Ask the Doc" with Dr. Daniel N...
Organixx
6.8K views · 11 months ago

← doc nuzum   



Interview with Dr. Nuzum...
Organixx
4.7K views · 8 months ago



Signs You Have too much Estrogen (If You're a Woman) | "Doc Talks" wit...
Organixx
10K views · 10 months ago



The Link Between Emotional Health and Sleep | "Doc Talks" with D...
Organixx
5.4K views · 6 months ago



Doc Nuzum
Empty Hand Combat
25 views · 3 years ago



When Is the Best Time to Take Vitamins and Supplements? | "Doc Talk...
Organixx
21K views · 9 months ago



MTHFR Gene Mutation: Best Supplementing for MTHFR | "Ask the Doc" wi...
Organixx
4.1K views · 1 year ago

← doc nuzum   



**Do You Lose Iodine Stores From Sweating? | "Ask the Doc" with Dr. Daniel Nuzu...**
Organixx
613 views · 7 months ago



**Dr.Nuzum: Detox 1 and Detox 2**
Sharon Hynes
6 videos



**Dr. Nuzum with Sean & Ty!**
onebode48
643 views · 2 years ago



**Do You Have These 3 Inflammation Symptoms? | "Doc Talks" with Dr. Danie...**
Organixx
5.5K views · 1 year ago



**Fulvic Acid Explained**
Beal Media
76K views · 3 years ago



**Is Detoxing Dangerous? When Detoxing Can Be Dangerous | "Doc Talks"...**
Organixx

← doc nuzum   ✕         



In What Order Should You Detox Your Body? Proper Order of Cleansing | "Doc...
Organixx
4.4K views · 1 year ago

3:28



iThrive Founder, Jon McMahon, Interviews Dr. Daniel Nuzum about 7M+...
Organixx
6.1K views · 9 months ago

1:07:50



Dr. Daniel Nuzum & Jonathan Hunsaker Discuss Anti-Aging 101 |...
Organixx
25K views · 8 months ago

30:52



Dr Daniel Nuzum 2
Frank Davis
7.6K views · 2 years ago

46:03



Jeff Hays Interviews Nutritional Expert Dr. Daniel Nuzum on Reversi...
Organixx
743 views · 8 months ago

58:17



Exercises That Can Help Ease Back Pain | "Doc Talks" with Dr. Daniel Nuz...
Organixx
5.2K views · 5 months ago

5:44

← doc nuzum   



... with Dr. Daniel Nuzum
Organixx
4.9K views · 6 months ago



Physical Health - Living an INSPIRED life with Doc Nuzum | I.N.S.P.I.R.E.D H...
Organixx
2.2K views · 1 year ago



Do Supplements Have Side Effects? | "Doc Talks" with Dr. Daniel Nuzum
Organixx
8.2K views · 9 months ago



Common Mineral and Vitamin Deficiencies | Vitamin Deficiency Signs...
Organixx
2.4K views · 7 months ago



Green Sticks with Sean & Ty with Doc Nuzum!
onebode48
273 views · 2 years ago



Signs & Symptoms of Vitamin D Deficiency | "Doc Talks" with Dr. Daniel Nuz...
Organixx
2.3K views · 7 months ago

← doc nuzum


Emotions as Explained in Oriental Medicine | "Doc Talks" with Dr. Daniel Nuz...
Organixx
4.6K views · 5 months ago


Doc Nuzum
Empty Hand Combat
343 views · 4 years ago


Emotions - Living an INSPIRED life with Doc Nuzum | I.N.S.P.I.R.E.D H...
Organixx
2.8K views · 1 year ago


Episode 1: AUTISM MAMA BEAR TALK with Doc Nuzum
Autism Mama Bear Talk
38 views · 1 year ago


Other Uses for Medicinal Mushrooms | "Ask the Doc" with Dr. Daniel Nuzum
Organixx
3.5K views · 4 months ago


Dr. Nuzum speaks about Fulvic Acid
Beal Media
22K views · 3 years ago





