# Exhibit 6

July 21, 2019 Organixx Platform with Doc Nuzum videos

being push as being a part of defendants' company

WELCOME TO ORGANIXX

# PUBLIC MISCONCEPTION ABOUT PLAINTIFF'S AFFILIATION WITH ORGANIXX & JONATHAN HUNSAKER PROMOTES THIS MISCONCEPTION ON HIS PLATFORM

 2  REPLY

View reply ⌄

 

**CryptoChris** 4 months ago (edited)
After reading all the comments thoroughly, being a consumer of the Organixx line (formerly

[YouTube Search]

clearer thinking etc... I have read the comments about the nascent iodine and, I too, have been taking this...not so much after Ty and his wife severed ties with them! Just so people know, their nascent iodine is USDA certified Organic, HOWEVER, the rest of their product line is NOT, YET if you read the ingredient list on everything they sell, EVERYTHING is listed as "Organic" but none of the packaging says "USDA Organic"! This is a major concern of mine and I believe they are lying about their products and therefore cannot get the USDA certification??

Ty and his wife have recently partnered with Josh Axe and Jordan Ruban to promote their supplement line "Ancient Nutrition"...I think this is how it went down: Ty and his wife learned about the shady stuff that was going on and have a serious reputation to uphold with all the incredible work they have done with their "Truth Series' " and HAD to sever ties to retain this credibility... It was more about the bottom line to Doc Nuzum and John Hunsaker then actually getting the USDA certification on their product line ironically named "Organixx" (one would think with a name like Organixx that all the ingredients would certainly BE Organic and the packaging would have the certification...but it does NOT!) Something just doesn't add up here... Ty and his wife have done an incredible job on everything they have published and I am a true supporter of their mission and always will be!! I purchase every docu series they put out and attended both of their live events in Florida! Some of the greatest minds in medicine were at these events...there is no question they are trying to do the right thing for humanity...This can't be said about the people behind Organixx...which is "why" Ty and his wife needed to sever ties!

Since they have partnered with Josh and Jordan I have switched to their product line Ancient Nutrition and feel a bit more at ease knowing they have actually gone through the process to get the USDA certification on all their products!

July 21, 2019 Organixx Platform with Doc Nuzum videos

being push as being a part of defendants' company

WELCOME TO ORGANIXX



**AddictedToIgnorance** 6 months ago (edited)

Just an interesting update for all those who care - sometime after this video went up Ty Bollinger from "the truth about cancer" cut all ties with "Doc" Nuzum's supplement company Organixx - might be a total coincidence but I suspect that the contents of this video might have been a little too embarrassing for Bollinger... There's a video on "the truth about cancer" and a twitter post confirming the severance.
Show less

👍 1  👎    REPLY

July 21, 2019 Organixx Platform with Doc Nuzum videos being push as being a part of defendants' company

WELCOME TO ORGANIXX





July 21, 2019 Organixx Platform with Doc Nuzum videos being push as being a part of defendants' company

WELCOME TO ORGANIXX

