Evan D. Schwab (10984)
**SCHWAB LAW FIRM PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
T: 702-761-6438
F: 702-921-6443
evan@schwablawnv.com

*Attorneys for Plaintiff Dr. Daniel Nuzum*

Joseph R. Ganley (5643)
David M. Doto (11796)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
T: 702-385-2500
F: 702-385-2086
JGanley@hutchlegal.com
DDoto@hutchlegal.com

*Attorneys for Defendants Epigenetic Labs LLC d/b/a Organixx, Jonathan Hunsaker, and TeriAnn Trevenen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DR. DANIEL NUZUM, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EPIGENETIC LABS LLC d/b/a ORGANIXX, a Nevada Limited Liability Company; JONATHAN HUNSAKER, and individual; TERIANN TREVENEN an individual; JOHN DOES 1 – 10; ROE CORPORATIONS 1 – 10.<br><br>Defendants. | Case No. 2:19-cv-01509<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR RESPOND TO COMPLAINT**<br>**(Second Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff Dr. Daniel Nuzum ("Plaintiff") and Defendants Epigenetic Labs LLC d/b/a Organixx ("Organixx"), Defendant Jonathan Hunsaker ("Hunsaker"), and Defendant TeriAnn Trevenen ("Trevenen") (collectively "Defendants"), submit this stipulation to extend Defendants' time to answer or respond to Plaintiff's Complaint to and including April 24, 2020.

WHEREAS, Plaintiff filed his Complaint on August 29, 2019;

WHEREAS, Defendants' counsel accepted service of the Complaint on February 19, 2020;

WHEREAS, Defendants' responses to the Complaint were initially due on March 11, 2020;

WHEREAS, in a stipulation so-ordered by the Court, the parties agreed to extend Defendants' time to answer or otherwise respond to the Complaint from March 11, 2020 to April 10, 2020, to accommodate their ongoing settlement discussions (Dkt. No. 12);

WHEREAS, the parties now agree to further extend the time for Defendants, and each of them, to answer or respond to the Complaint to and including April 24, 2020, so that the parties can continue their ongoing settlement discussions, and, if further litigation is necessary, to allow Defendants adequate time to prepare their responses to the Complaint in light of disruptions caused by the COVID-19 public health crisis;

WHEREAS, this is the parties' second stipulation for an extension of Defendants' time to answer or respond to the Complaint;

///

///

///

///

///

///

///

///

///

NOW, THEREFORE, it is hereby stipulated and agreed that the time in which Defendants shall answer or respond to Plaintiff's Complaint is extended up to and including April 24, 2020.

Dated: April 7, 2020

SCHWAB LAW FIRM PLLC

By: */s/ Evan D. Schwab*
Evan D. Schwab (10984)
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113

*Attorneys for Plaintiff Dr. Daniel Nuzum*

Dated: April 7, 2020

HUTCHISON & STEFFEN, PLLC

By: */s/ Joseph R. Ganley*
Joseph R. Ganley (5643)
David M. Doto (11796)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendants Epigenetic Labs LLC d/b/a Organixx, Jonathan Hunsaker, and TeriAnn Trevenen*

**IT IS SO ORDERED.**

Dated: 4-8-2020

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -