Evan D. Schwab (10984)
**SCHWAB LAW FIRM PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
T:  702-761-6438
F:  702-921-6443
evan@schwablawnv.com

*Attorneys for Plaintiff Dr. Daniel Nuzum*

Joseph R. Ganley (5643)
David M. Doto (11796)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
T:  702-385-2500
F:  702-385-2086
JGanley@hutchlegal.com
DDoto@hutchlegal.com

*Attorneys for Defendants Epigenetic Labs LLC d/b/a Organixx,*
*Jonathan Hunsaker, and TeriAnn Trevenen*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DR. DANIEL NUZUM, an individual;<br><br>　　　　Plaintiff,<br><br>v.<br><br>EPIGENETIC LABS LLC d/b/a ORGANIXX,<br>a Nevada Limited Liability Company;<br>JONATHAN HUNSAKER, and individual;<br>TERIANN TREVENEN an individual; JOHN<br>DOES 1 – 10; ROE CORPORATIONS 1 – 10.<br><br>　　　　Defendants. | Case No. 2:19-cv-01509<br><br>**STIPULATION TO EXTEND**<br>**DEFENDANTS' TIME TO ANSWER**<br>**OR RESPOND TO COMPLAINT**<br>**(Fourth Request)** |

　　　　Pursuant to Local Rule IA 6-1, Plaintiff Dr. Daniel Nuzum ("Plaintiff") and Defendants

Epigenetic Labs LLC d/b/a Organixx ("Organixx"), Defendant Jonathan Hunsaker ("Hunsaker"), and

Defendant TeriAnn Trevenen ("Trevenen") (collectively "Defendants"), submit this stipulation to

extend Defendants' time to answer or respond to Plaintiff's Complaint to and including May 15, 2020.

　　　　WHEREAS, Plaintiff filed his Complaint on August 29, 2019;

　　　　WHEREAS, Defendants' counsel accepted service of the Complaint on February 19, 2020;

WHEREAS, Defendants' responses to the Complaint were initially due on March 11, 2020;

WHEREAS, in stipulations so-ordered by the Court, the parties agreed to extend Defendants' time to answer or otherwise respond to the Complaint from March 11, 2020 to May 1, 2020, to accommodate their ongoing settlement discussions (Dkt. Nos. 12, 14, 16);

WHEREAS, the parties now agree to further extend the time for Defendants, and each of them, to answer or respond to the Complaint to and including May 15, 2020, so that the parties can continue their ongoing settlement discussions;

WHEREAS, this is the parties' fourth stipulation for an extension of Defendants' time to answer or respond to the Complaint;

NOW, THEREFORE, it is hereby stipulated and agreed that the time in which Defendants shall answer or respond to Plaintiff's Complaint is extended up to and including May 15, 2020.

Dated: April 29, 2020                    SCHWAB LAW FIRM PLLC


                                         By:   */s/ Evan D. Schwab*
                                               Evan D. Schwab (10984)
                                               7455 Arroyo Crossing Parkway, Suite 220
                                               Las Vegas, Nevada 89113

                                               *Attorneys for Plaintiff Dr. Daniel Nuzum*

Dated: April 29, 2020                    HUTCHISON & STEFFEN, PLLC


                                         By:   */s/ Joseph R. Ganley*
                                               Joseph R. Ganley (5643)
                                               David M. Doto (11796)
                                               Peccole Professional Park
                                               10080 West Alta Drive, Suite 200
                                               Las Vegas, Nevada 89145

                                               *Attorneys for Defendants Epigenetic Labs LLC
                                               d/b/a Organixx, Jonathan Hunsaker, and
                                               TeriAnn Trevenen*

**IT IS SO ORDERED.**

Dated:   4-30-2020
        _____


        _____
        UNITED STATES MAGISTRATE JUDGE