**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DR. DANIEL NUZUM, an individual,

    Plaintiff,

vs.

EPIGENETIC LABS LLC d/b/a ORGANIXX, a Nevada Limited Liability Company; JONATHAN HUNSAKER, and individual; TERIANN TREVENEN an individual; JOHN DOES 1 – 10; ROE CORPORATIONS 1 – 10,

    Defendants.

2:19-cv-01509-RFB-VCF

**ORDER**

    Before the court is *Dr. Daniel Nuzum v. Epigenetic Labs LLC*, case number 2:19-cv-1509-RFB-VCF.

    The parties called and notified the court that they have reached a settlement agreement.

    Accordingly,

    IT IS HEREBY ORDERED that the status hearing scheduled for 11:00 AM, July 6, 2020, is VACATED.

    DATED this 29th day of June, 2020.

                                                                         CAM FERENBACH
                                                                         UNITED STATES MAGISTRATE JUDGE