Evan D. Schwab (NV Bar No. 10984)
Email: evan@schwablawnv.com
**SCHWAB LAW FIRM PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
T: 702-761-6438
F: 702-921-6443

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DR. DANIEL NUZUM, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EPIGENETIC LABS LLC d/b/a ORGANIXX, a Nevada Limited Liability Company; JONATHAN HUNSAKER, and individual; TERIANN TREVENEN an individual; JOHN DOES 1 – 10; ROE CORPORATIONS 1 – 10.<br><br>Defendant. | Case No. 2:19-cv-01509<br><br>**Stipulation for Dismissal With Prejudice** |

Plaintiff Dr. Daniel Nuzum ("Plaintiff"), by and through his attorneys Evan D. Schwab, Esq. of Schwab Law Firm PLLC ("SLF"), and Defendants Jonathan Hunsaker ("Hunsaker"), TeriAnn Trevenen ("Trevenen"), and Epigenetic Labs LLC d/b/a Organixx ("Organixx") (collectively "Defendants"), by and through their attorneys Joseph R. Ganley, Esq. of Hutchison & Steffen PLLC submit this stipulation to dismiss the above entitled matter with prejudice.

WHEREAS, Plaintiff filed a Complaint against Defendants on August 29, 2019 in the above entitled matter.

WHEREAS, Defendants' Counsel accepted service of the Complaint on February 19, 2020.

WHEREAS, Plaintiff and Defendants (collectively "Parties") have reached a resolution/settlement in this matter.

- 1 -

NOW, THEREFORE, it is hereby stipulated and agreed that the above entitled matter be dismissed with prejudice with each party to bear their own attorney's fees and costs.

| | |
|---|---|
| Dated this 31st day of July 2020 | Schwab Law Firm PLLC |
| | /s/ Evan Schwab |
| | Evan D. Schwab (NV Bar No. 10984)<br>7455 Arroyo Crossing Parkway, Suite 220<br>Las Vegas, Nevada 89113 |
| | *Attorneys for Plaintiff Dr. Daniel Nuzum* |
| Dated this 31st day of July 2020 | Hutchison & Steffen PLLC |
| | /s/ Joseph R. Ganley |
| | Joseph R. Ganley (NV Bar No. 5643)<br>David M. Doto (NV Bar No. 11796)<br>Peccole Professional park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>E: jganley@hutchlegal.com<br>E: ddoto@hutchlegal.com<br>T: 702-385-2500<br>F: 702-385-2086 |
| | *Attorneys for Defendants Epigenetic Labs LLC d/b/a Organixx, Jonathan Hunsaker and TeriAnn Trevenen* |

IT IS SO ORDERED.

Dated this 4th day of August, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE